**Order entered June 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01394-CV

### ENRIQUE N. PONTE, JR. M.D., ET AL., Appellants

### V.

### MARCELA BUSTAMANTE AND JOSE BUSTAMANTE,
### AS NEXT FRIENDS OF DANIELLA BUSTAMANTE, Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-08056**

## ORDER

We **GRANT** appellants' June 14, 2013 joint unopposed third motion for an extension of time to file a brief. Appellants shall file their briefs on or before July 1, 2013. We caution appellants that no further extension of time will be granted absent extraordinary circumstances.

/s/     CAROLYN WRIGHT
           CHIEF JUSTICE